**FILED**
MAY 12 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 380** |
| | ) | |
| vs. | ) | |
| | ) | Violation: Title 18, United States |
| KESHIA CLARK | ) | Code, Section 641 |

**JUDGE COAR**

**MAGISTRATE JUDGE ASHMAN**

The UNITED STATES ATTORNEY charges:

Beginning in or around September 2003, continuing to in or around May 2007, at Harvey, and elsewhere, in the Northern District of Illinois, Eastern Division,

KESHIA CLARK,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to the United States, namely, approximately $42,155.50 in funds administered by the Social Security Administration as part of its Widows' Benefits program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY