# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 380 - 1 | **DATE** | 5/21/2008 |
| **CASE TITLE** |  | USA vs. Keshia Clark | |

**DOCKET ENTRY TEXT:**

Initial appearance held on 5/21/2008 Arraignment and Plea held on 5/21/2008. Defendant appeared with counsel and waived reading of the Information and entered a plea of not guilty to the Information. Enter waiver of indictment. Local Criminal Rule 16.1 materials were tendered .Enter order setting conditions of release ($4,500 - OR bond) Defendant is ordered release. Status hearing and tentative change of plea set for July 2, 2008 at 9:30 a.m. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 7/2/2008 (X-T).

Court time - 5 mins.                                                                                      Docketing to mail notices.

| | Courtroom Deputy | PAMF |
|---|---|---|