AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

MAY 2 1 2008

Judge David H. Coar
United States District Court

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

KESHIA CLARK

**WAIVER OF INDICTMENT**

**CASE NUMBER: 08 CR 380**

I, __Keshia Clark__, the above named defendant, who is accused of **stealing and knowingly converting to her own use $42,155.50, in violation of Title 18, United States Code, Section 641,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __MAY 2 1 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

MAY 2 1 2008