## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 380 - 1 | **DATE** | 6/4/2008 |
| **CASE TITLE** | U.S.A. vs. KESHIA CLARK | | |

**DOCKET ENTRY TEXT**

Issue Rule to Show Cause why the defendant, Keshia Clark's bond should not be revoked or the conditions of release modified for the reasons stated in the Pretrial Services Report - Addendum dated May 27, 2008. The rule is returnable on June 10, 2008 at 10:00 a.m. before Judge Ashman, courtroom #1386. The defendant shall appear in courtroom #1386 on 6/10/2008 at 10:00 a.m. and if the defendant fails to appear, a bench warrant may be issued for her arrest.　　/s/David H. Coar
　　　　　　　　　　　　　　　　　　　　　　　　　　　　David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|