# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 380 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Keshia Clark | | |

**DOCKET ENTRY TEXT**

Bond revocation hearing held on 6/10/2008. Order setting conditions of release are modified and agreed upon by the parties.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

FILED 2008 JUN 10 PM 2:47 U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|