# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:08−cr−00380
                                                    Honorable David H. Coar

Keshia Clark

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable David H. Coar:The date of 7/2/2008 for the Plea and status is stricken. Change of Plea Hearing reset for 7/8/2008 at09:30 AM. Status hearing reset for 7/8/2008 at 09:30 AM. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 7/8/2008. Mailed & Telephone notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.