

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 380 -1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. Keshia Clark | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 7/7/2008. Change of Plea Hearing held on 7/7/2008. Defendant appeared with attorney. Defendant withdraws not guilty plea and enters a plea of guilty to the information. The Court finds that the defendant is competent, after a lengthy colloquy as to the defendant's rights, to enter into the plea agreement. The Court accepts the plea and enters a Judgment of guilty to the information. Order cause referred to the Probation Office for presentence investigation. Sentencing hearing is set for September 17, 2008 at 9:30 a.m. Defendant's bond to remain in place.

Docketing to mail notices.

32 minutes

| | Courtroom Deputy | PAMF |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL -8 PM 8:56
FILED-EDR